Richard Rivera et al., Appellants, v Fernandez & Ulloa Auto Group et al., Respondents.

Submitted June 1, 2015; decided June 4, 2015

Motion by New York State Trial Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of Tatiana Soubbotin, Appellant. Commissioner of Labor, Respondent.

Decided June 4, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge Stein taking no part.

Robert Carey, Respondent, v Burton P. Schwab, Appellant.

Submitted April 6, 2015; decided June 9, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge Stein taking no part.